UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTOINE ABDIAS,

        Plaintiff,                Case No. 1:24-cv-776

v.                                      Honorable Ray Kent

MATT MACAULEY et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and 42 U.S.C. § 1997e(c).


Dated:  February 24, 2025                /s/ Ray Kent
                                                            Ray Kent
                                                            United States Magistrate Judge